UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISA SHEFKE, as Next Friend of
JOHN DOE, a minor,

      Plaintiff,                                  Judge Gershwin A. Drain
                                                    Magistrate Judge David R. Grand
v                                                          No. 20-10049

JULIE STUCKEY, JOHANNA MEXICO
and CATHY SULKOWSKI,

      Defendants.
_____/

**ORDER GRANTING PLAINTIFF AND DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL [#97] AND ADMINISTRATIVELY CLOSING CASE**

The parties, by and through their undersigned counsel, hereby stipulate and agree to stay all proceedings in this case pending the resolution of the appeal before the Sixth Circuit.

IT IS HEREBY ORDERED that Plaintiff and Defendants' Joint Emergency Motion to Stay Proceedings Pending Appeal [#97] is GRANTED.

IT IS ALSO HEREBY ORDERED that this case is administratively closed pending the resolution of the appeal before the Sixth Circuit.

IT IS SO ORDERED.  This is not the final order.

Dated:  January 30, 2025                           /s/Gershwin A. Drain
                                                             GERSHWIN A. DRAIN
                                                              United States District Judge

I HEREBY STIPULATE TO ENTRY OF THE ABOVE ORDER:

| | |
|---|---|
| /s/SARAH STEMPKY KIME | /s/ ANNABEL SHEA |
| DAVID E. CHRISTENSEN (P45374) | TIMOTHY J. MULLINS (P28021) |
| SARAH S. STEMPKY KIME (P74167) | KENNETH B. CHAPIE (P66148) |
| CHRISTENSEN LAW | ANNABEL F. SHEA (P83750) |
| Attorneys for Plaintiff | GIARMARCO, MULLINS & HORTON, PC |
| 25925 Telegraph Road, Suite 200 | Attorneys for Defendants |
| Southfield, MI 48033 | 101 W. Big Beaver Road, 10th Floor |
| (248) 213-4900/Fax (248) 213-4901 | Troy, MI 48084-5280 |
| dchristensen@davidchristensenlaw.com | (248) 457-7020 |
| skime@davidchristensenlaw.com | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | ashea@gmhlaw.com |

DATE: January 29, 2025

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 30, 2025, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager

2